Case 6:21-cv-00139-ADA Document 1-13 Filed 02/09/21 Page 1 of 3



| | | |
|---|---|---|
| DDR3/3L/3U + | | Verification IP |
| DDR2 + | | LPDDR2 + |
| LPDDR/mDDR + | | HBM2/HBM2E › |



**Product Update: High-Performance DesignWare Memory Interface IP**

Get the latest update on Synopsys' DesignWare Memory Interface IP for DDR5, LPDDR5, and HBM2/2E.

Watch now

| DesignWare DDR PHY | SDRAMs Supported / Maximum Data Rate | Interface to Memory Controller | Typical Application |
|---|---|---|---|
| **LPDDR5/4/4X PHY** | LPDDR5 / 6400 Mbps<br>LPDDR4 / 4267 Mbps<br>LPDDR4X / 4267 Mbps | DFI 5.0 | Design in 16-nm and below that requires high-performance mobile SDRAM support up to 6400 Mbps |
| **DDR5/4 PHY** | DDR5 / 6400 Mbps<br>DDR4 / 3200 Mbps | DFI 5.0 | Design in 16-nm and below that requires high-performance DDR5/4 support up to 6400 Mbps |
| **DDR4/3 PHY** | DDR4 / 3200 Mbps<br>DDR3 / 2133 Mbps<br>DDR3L / 2133 Mbps | DFI 4.0 | Design in 28-nm and below that requires high-performance DDR4/3 support up to 3200 Mbps |
| **LPDDR4 multiPHY** | LPDDR4 / 4267 Mbps<br>LPDDR3 / 2133 Mbps<br>DDR4 / 3200 Mbps<br>DDR3 / 2133 Mbps<br>DDR3L / 2133 Mbps | DFI 4.0 | Design in 28-nm and below; that requires high-performance mobile SDRAM support (LPDDR4/3) up to 4267 Mbps and/or high-performance DDR4/3 support up to 3200 Mbps for small memory subsystems. |
| **DDR4 multiPHY** | DDR4 / 2667 Mbps<br>DDR3 / 2133 Mbps<br>DDR3L / 1866 Mbps<br>LPDDR2 / 1066 Mbps<br>LPDDR3 / 2133 Mbps | DFI 3.1 | Design in 28-nm and below that requires high-performance DDR4/3 support up to 2667 Mbps and/or high-performance mobile SDRAM support (LPDDR3/2) up to 2133 Mbps. |
| **Gen2 DDR multiPHY** | DDR3 / 2133 Mbps<br>DDR3L / 1866 Mbps<br>LPDDR2 / 1066 Mbps<br>LPDDR3 / 2133 Mbps | DFI 3.1 | Design in 28-nm and below that requires high-performance mobile SDRAM support (LPDDR3/2) up to 2133 Mbps and/or high-performance DDR3 support up to 2133 Mbps. |
| **DDR3/2 SDRAM PHY** | DDR3 / 2133 Mbps<br>DDR3L / 1600Mbps<br>DDR2 / 1066 Mbps | DFI 2.1 | Design in 65 - 28-nm that requires high-performance DDR3 up to 2133 Mbps. |
| **DDR multiPHY** | DDR3 / 1066 Mbps | DFI 2.1 | Design in 65 - 28-nm that requires DDR3 and/or |



Sensor Fusion for Autonomous Vehicles: Strategies, Methods, and Tradeoffs

**WHITE PAPERS**

Fast Cycle Approximate Simulation Using ARC nSIM NCAM

USB 3.2: A USB Type-C Challenge for SoC Designers

Change Management with Impact Analysis During Safety-Critical IP and SoC Development

**SUCCESS STORIES**

NSITEXE Reduces Custom Processor Development Time with ASIP Designer

Orbbec Achieves First-Pass Silicon Success for 3D Camera

**ARTICLES**

SemiEngineering: The Impact Of 5G On Silicon Design

How Die-to-Die Connectivity Is Advancing High-Performance Computing

SemiEngineering: Dependent Failure Analysis For Safety-Critical IP And SoCs

**NEWSLETTERS**

**NEW** Technical Bulletin: ARC DSP IP, HPC, In-Memory Computing & More

Contact Us

### More IP Resources

Articles
Blogs
Customer Successes
Datasheets
DesignWare Technical Bulletin
IP OEM Partner Program
IP Reuse Tools
News
Webinars
White Papers
Videos

| | |
|---|---|
| DDR3L / 1066Mbps<br>DDR2 / 1066 Mbps<br>LPDDR / 400 Mbps<br>LPDDR2 / 1066 Mbps | DDR2 support up to 1066 Mbps along with LPDDR/LPDDR2 support. |

**SYNOPSYS®**

**PRODUCTS**
Software Integrity
Semiconductor IP
Verification
Design
Silicon Engineering

**RESOURCES**
Solutions
Services
Support
Community
Manage Subscriptions

**CORPORATE**
About Us
Careers
Corporate Social Responsibility
Investor Relations
Contact Us

**LEGAL**
Privacy
Trademarks & Brands
Software Integrity Agreements

**FOLLOW**
  

©2021 Synopsys, Inc. All Rights Reserved